**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Sergio JIMENEZ–AGUILERA,**
**Defendant—Appellant.**

No. 09–50489.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 13, 2010.*

Filed Oct. 12, 2010.

Sara J. O'Connell, Assistant U.S., U.S. Department of Justice, San Diego, CA, for Plaintiff–Appellee.

William R. Burgener, Law Office of William R. Burgener, San Diego, CA, for Defendant–Appellant.

Before: SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Sergio Jimenez–Aguilera appeals from the 30–month sentence imposed following

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

his guilty-plea conviction for being a deported alien found in the United States, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Jimenez–Aguilera contends that the district court failed to consider properly his personal circumstances and that his sentence is substantively unreasonable. The district court did not procedurally err and Jimenez–Aguilera's sentence is reasonable in light of the totality of the circumstances and the 18 U.S.C. § 3553(a) sentencing factors. *See Gall v. United States,* 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007); *United States v. Valencia–Barragan,* 608 F.3d 1103, 1108–09 (9th Cir.2010).

**AFFIRMED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.